UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case number 4:07CV33 JCH |
| ) | |
| GARY E. HENSON, ) | |
| ) | |
| Defendant. ) | |

### **DEFAULT JUDGMENT**

This matter is before the clerk of court upon Plaintiff's motion for entry of default judgment and affidavit in support thereof against defendant Gary E. Henson pursuant to Fed.R.Civ.P. 55(b). The default of the defendant has previously been entered. Therefore, the motion for entry of default judgment is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that a judgment by default is entered against Defendant Gary E. Henson in the amount of two thousand three-hundred ninety-seven dollars and thirty-six cents ($2,397.36). This judgment shall earn interest at the current rate as permitted by law until the judgment is satisfied.

Entered this 11 day of September, 2007.

JAMES G. WOODWARD, CLERK
By: /s/ Lori Miller-Taylor